# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Anthony Martinez,<br><br>Plaintiff,<br><br>v.<br><br>Ed's Ace Hardware, Inc., an Arizona corporation d/b/a Walt's Ace Hardware, et al.,<br><br>Defendants. | No. CV14-0707 PHX DGC<br><br>**ORDER** |

Upon stipulation of the parties. (Doc. 16).

**IT IS ORDERED** that this case is dismissed with prejudice, each side to bear its own costs and attorneys' fees.

Dated this 22nd day of July, 2014.

_____
David G. Campbell
United States District Judge